May 23, 2018

**<u>VIA ECF AND EMAIL</u>**

Hon. Valerie E. Caproni, United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse

Re: *Norman v. The Mitchell Gold Co.,* 17 CV 8737 (VEC)

Dear Judge Caproni:

 Plaintiff Virginia Norman and Defendant The Mitchell Gold Co., by and through their undersigned counsel, hereby advise this Honorable Court that the parties have agreed upon a proposed Consent Decree, which is submitted herewith for the Court's review and approval.

 By way of background, this case arises under Title III of the Americans with Disabilities Act, the New York Human Rights Law, the New York Civil Rights Law, and the New York City Human Rights Law. In the Complaint, Plaintiff alleges that Defendant is a public accommodation and that its website is not equally accessible to persons with disabilities.

 As set forth in the Consent Decree, this Court has subject-matter jurisdiction because one of the plaintiff's claims arises under a federal statute, raising federal-question jurisdiction, *see* 28 U.S.C. § 1331, and that statute also provides for a cause of action in the federal courts. See 42 U.S.C. § 12181. The plaintiff's state and municipal law claims are within the supplemental jurisdiction of the Court. *See* 28 U.S.C. § 1367.

 The parties have agreed to the language in the Consent Decree and wish to enter it with the Court. As per Your Honor's Individual Rules of Practice, undersigned counsel will also email a copy of the proposed Order and Consent Decree in Microsoft Word to Your Honor's Chambers at CaproniNYSDChambers@nysd.uscourts.gov.

 We thank the Court for its consideration herein.

           Respectfully submitted,

LAW OFFICE OF JUSTIN A. ZELLER, P.C.

By: /S/ Justin A. Zeller
Brandon D. Sherr
bsherr@zellerlegal.com
Justin A. Zeller
jazeller@zellerlegal.com
277 Broadway, Suite 408
New York, N.Y. 10007-2036
Telephone: (212) 229-2249
Facsimile: (212) 229-2246

GOTTLIEB & ASSOCIATES
Jeffrey M. Gottlieb
nyjg@aol.com
Dana L. Gottlieb
danalgottlieb@aol.com
150 East 18th Street, Suite PHR
New York, N.Y. 10003-2461
Telephone: (212) 228-9795
Facsimile: (212) 982-6284

**ATTORNEYS FOR PLAINTIFF**

GORDON REES SCULLY MANSUKHANI, LLP

By: /S/ Christopher A. Seacord
Mercedes Colwin
mcolwin@gordonrees.com
Christopher A. Seacord
cseacord@grsm.com
1 Battery Park Plaza, 28th Floor
New York, NY  10004
Telephone: (212) 269-5500
Facsimile: (212) 269-5505

**ATTORNEYS FOR DEFENDANT**

Enclosure (1)