UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------X
VIRGINIA NORMAN, and on behalf of all other  :
persons similarly situated,                   :
                                              :
                        Plaintiff,            :     17-CV-8737 (VEC)
                                              :
            -against-                         :     ORDER
                                              :
                                              :
THE MITCHELL GOLD CO.,                        :
                                              :
                        Defendant.            :
-------------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/26/2018
```

VALERIE CAPRONI, United States District Judge:

WHEREAS on June 13, 2018 (Dkt. 25), the Court ordered that this action would be dismissed if no party submitted a letter by June 14, 2018 asking that the action not be dismissed; and

WHEREAS no party has filed a letter asking that the action not be dismissed;

IT IS HEREBY ORDERED THAT this case is DISMISSED. The Clerk is respectfully directed to terminate all open motions and to close the case.

**SO ORDERED.**

Date: **June 26, 2018**
      **New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**